# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## PLEA HEARING

UNITED STATES OF AMERICA,       )     **COURT MINUTES - CRIMINAL**
              Plaintiff,     )

|  |  |  |
|---|---|---|
| ) | Case No: | CR 01-198 DWF/JSM |
| v. ) | Date: | November 25, 2013 |
| ) | Court Reporter: | Jeanne Anderson |
| Juli A. Maki, ) | Courthouse: | St. Paul |
| ) | Courtroom: | 7C |
| Defendant. ) | Time Commenced: | 9:51 a.m. |
| ) | Time Concluded: | 11:15 a.m. |
| ) | Sealed Hearing Time: |  |
|  | Time in Court: | 1 Hour & 24 Minutes |

Defendant's true name if different from charging instrument:
☐ Parties ordered to file stipulation or proposed order for name change.
☐ Clerk of Court is directed to change name to:

Before Donovan W. Frank, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:
    For Plaintiff:     Karen Schommer
    For Defendant:     Deborah Ellis   ☒ CJA Appointed

PROCEEDINGS:
    ☐ **Arraignment** on ☐ Information, ☐ Indictment
    ☒ **Change of Plea Hearing.**
    ☐ **Initial Appearance.**
    ☐ Indictment waived.
    ☐ Defendant withdraws plea of as to Count(s):

    ☒ PLEA:
       ☒ Guilty as to Counts: 1, 4, and 14 of the indictment
       ☐ "Nolo Contendere" as to Count(s):
       ☐ Defendant admits allegations in the Information.

    ☒ Presentence Investigation and Report requested.
    ☐ Bond continued.
    ☐ **~Util Set/Reset Hearings:** Sentencing is scheduled for at before.
    ☒ Defendant remanded to the custody of the U.S. Marshal.

                                        s/B. Schaffer
                                        Courtroom Deputy